IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| TERRY MARUNDA, | ) | |
| | ) | |
| Plaintiff, | ) | 4:09CV3109 |
| | ) | |
| v. | ) | |
| | ) | |
| COMMISSIONER OF SOCIAL | ) | MEMORANDUM AND ORDER ON |
| SECURITY, | ) | PLAINTIFF'S APPLICATION TO |
| | ) | PROCEED IN DISTRICT COURT |
| Defendant. | ) | WITHOUT PREPAYING FEES OR COSTS |
| | ) | |

Plaintiff Terry A. Marunda has filed a motion for leave to proceed in forma pauperis. (See filing 2.)  The plaintiff's motion, which has been signed by the plaintiff under penalty of perjury, indicates that the plaintiff is not a prisoner and is unemployed.  (See id. at 1-2.)  It also lists his monthly income, his savings and other assets, and his regular monthly expenses.  (See id.)  After reviewing the plaintiff's motion, I find that the plaintiff is financially eligible to proceed in forma pauperis.

**IT IS ORDERED** that the plaintiff is granted leave to proceed in forma pauperis, and the complaint shall be filed without payment of fees.

Dated June 22, 2009.

BY THE COURT

s/  Warren K. Urbom
United States Senior District Judge

1