IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| TERRY MARUNDA, | ) | |
| | ) | |
| Plaintiff, | ) | 4:09CV3109 |
| | ) | |
| v. | ) | |
| | ) | |
| COMMISSIONER OF SOCIAL SECURITY, | ) ) | ORDER GRANTING DEFENDANT'S SECOND MOTION FOR EXTENSION OF TIME TO RESPOND TO PLAINTIFF'S BRIEF |
| | ) | |
| Defendant. | ) | |
| | ) | |

IT IS ORDERED that:

1. the Defendant's Second Motion for Extension of Time to Respond to Plaintiff's Brief, filing 16, is granted;

2. the defendant shall on or before December 7, 2009, file and serve its response to the plaintiff's brief; and

3. within one week after the defendant's answer brief is filed, the plaintiff may file a reply brief and either party may request oral argument or make any other request which may be permitted under 42 U.S.C. § 405(g).

Dated November 9, 2009.

BY THE COURT

s/ Warren K. Urbom
United States Senior District Judge